# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL NALDI, as Successor Trustee of the Second Restated Naldi Family Trust Dated June 4, 1999 and All Amendments and Revocations Made Thereto,<br><br>　　　　　Plaintiff,<br><br>　　　　　vs.<br><br>SENECA ONE FINANCE, INC., SENECA ONE, LLC, GREAT-WEST LIFE & ANNUITY INSURANCE COMPANY, STONE STREET CAPITAL, LLC, and DOES 1-50, inclusive,<br><br>　　　　　Defendants. | Case No.: CV 18-1778-DMG (JCx)<br><br>**ORDER RE JOINT STIPULATION TO REMAND ACTION FOR LACK OF SUBJECT MATTER JURISDICTION [14]** |

| | |
|---|---|
| 1 | This cause came before the Court upon the Joint Stipulation to Remand the above-captioned Action for Lack of Subject Matter Jurisdiction entered into by Plaintiff DANIEL NALDI, as Successor Trustee of the Second Restated Naldi Family Trust Dated June 4, 1999 and All Amendments and Revocations Made Thereto ("Plaintiff"), Defendant SENECA ONE FINANCE, INC., Defendant SENECA ONE, LLC (collectively, "Seneca"), Defendant GREAT-WEST LIFE & ANNUITY INSURANCE COMPANY ("Great-West"), and Defendant STONE STREET CAPITAL, LLC ("Stone Street") (collectively, "Defendants"). Having examined this Stipulation and being fully advised in its premises, the Court finds it lacks subject matter jurisdiction at this time to adjudicate this matter under 28 U.S.C. § 1332 and, accordingly, it is hereby: |

ORDERED, ADJUDGED and DECREED that this action be remanded to the Superior Court of California for the County of Los Angeles (LASC Case No. SC128695).

DATED: March 19, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE